**Onal Gallant Bayram & Amin P.C.**
Nermin Funda Karadag, Esq.
(NJ Bar No. 518142025)
619 River Dr., Suite 340
Elmwood Park, NJ 07407
P: (201) 508-0808
funda@ogplawfirm.com
*Attorney for Plaintiff*

## UNITED STATES DISTICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| ELIF KARDES KURT | : | |
| *Plaintiff* | : | |
| | : | Civil Action No.   2:26-cv-05050-BRM |
| v. | : | |
| | : | |
| UNITED STATES CITIZENSHIP AND | : | |
| IMMIGRATION SERVICES (USCIS) | : | |
| MARKWAYNE MULLIN, SECRETARY | : | |
| OF THE DEPARTMENT OF | : | |
| HOMELAND SECURITY; JOSEPH B. | : | |
| EDLOW, DIRECTOR OF USCIS; JOHN | : | |
| E. THOMPSON, DIRECTOR OF THE | : | |
| NEWARK DISTRICT OFFICE OF | : | |
| USCIS; SUSAN RAUFER, DIRECTOR | : | |
| OF THE NEWARK ASYLUM OFFICE | : | |
| | : | |
| *Defendants,* | : | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure (FRCP) 41(a)(1)(A)(ii), the parties who have appeared in this action, by and through undersigned counsels, hereby voluntarily dismisses the above-captioned action.

Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim.

Pursuant to FRCP 41(a)(1)(B), this dismissal is self-effectuating and without prejudice.

Dated: August 6, 2026

| | |
|---|---|
| */s/ Nermin Funda Karadag* | */s/Alexander Judka* |
| Nermin Funda Karadag, Esq. | ALEXANDER JUDKA |
| ONAL GALLANT BAYRAM & AMIN P.C. | U.S. ATTORNEY'S OFFICE |
| NJ Bar No. 518142025 | DISTRICT OF NEW JERSEY |
| 619 River Dr., Suite 340 | 970 Broad Street, Eight Floor |
| Elmwood Park, NJ 07407 | Newark, NJ 07102 |
| (201) 508-0808 | 862-754-2485 |
| funda@ogplawfirm.com | alexander.judka@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED.

*Brian R. Martinotti*

BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 7, 2026